**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

JAMES A. COGLEY,               :    No. 91 WM 2017
                               :
            Petitioner         :
                               :
                               :
                               :
            v.                 :
                               :
                               :
                               :
BUTLER COUNTY PRISON,          :
                               :
            Respondent         :

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of December, 2017, the Application for Leave to File Original Process is GRANTED. The Petition for Writ of Mandamus and/or Habeas Corpus, the Petition for Bail/Supervised Release and/or Expedited Review, the Application for Leave to File Memorandum of Law and Reproduced Record, and the Motion to Permit Response are DENIED.